Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiff was sustained.

**No. 62457.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 319106–K (New York).

Opinion by FORD, J. The protest was dismissed.

NOVEMBER 17, 1958

**No. 62458.**—SUIT 4961.—United States *v.* Sciaky Bros., Inc.—  —C. D. 1972. (Appeal dismissed October 1, 1958.)

NOVEMBER 18, 1958

**No. 62459.**—SUIT 4966.—F. S. Whelan & Sons *v.* United States.—  —C. D. 1982. (Appeal dismissed October 1, 1958.)

BEFORE THE FIRST DIVISION, NOVEMBER 24, 1958

**No. 62460.**—Chekiang Co. and Hensel, Bruckmann & Lorbacher, Inc., et al. *v.* United States, protests 291973–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim at 22½ percent under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for articles or wares in chief value of base metal, not specially provided for, was sustained. The merchandise under protest 326777–K, which was entered on or after June 30, 1956, was held dutiable at 21 percent under said paragraph, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T. D. 54108).

**No. 62461.**—Castelazo & Associates, a/c David Chow & Company et al. *v.* United States, protests 329480–K, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiffs was sustained.

**No. 62462.**—Quon Quon Company and Dave Warsaw v. United States, protests 58/3342 and 58/5235 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 24, 1958

**No. 62463.**—B. Spiliadis & Company et al. v. United States, protests 172088–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

**No. 62464.**—Roger L. Stevens v. United States, protest 324198–K (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 62465.**—Trans World Shipping Corp. v. United States, protests 324527–K, etc. (New York).

Opinion by DONLON, J. The protests were dismissed for lack of prosecution.

**No. 62466.**—H. W. Ebert Co. v. United States, protest 326889–K (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

**No. 62467.**—J. J. Boll v. United States, protest 326907–K (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.